

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2016

No. 04-16-00194-CV

Jose **PEREZ** Jr.,
Appellant

v.

Salud **CAZARES,**
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3287CCL
Honorable Sergio J. Gonzalez, Judge Presiding

# **O R D E R**

Sitting:      Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

The Appellant's motion for the Clerk to Supplement the record is DENIED AS MOOT.

It is so **ORDERED** on August 18, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court